Efren Zuniga, Jr.  
  Appellant  

v.  07-05-00469-CR  

The State of Texas  
  Appellee  

From the 108th District Court  
  Of Potter County  

December 21, 2007  

Opinion Justice Campbell  

J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o